```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 12207
   JOSE D VALENTIN
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

           Debtor
   SSN XXX-XX-9046


------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 07/09/07 .

     2.  The case was dismissed without confirmation, 11/02/2007.

     3.  The Debtor paid a total of $     695.00 .

     4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
SAXON MORTGAGE              CURRENT MORTG         .00           .00            .00
SAXON MORTGAGE              MORTGAGE ARRE   NOT FILED           .00            .00
SAXON MORTGAGE              SECURED              .00            .00            .00
SAXON MORTGAGE              MORTGAGE ARRE   NOT FILED           .00            .00
LAKEWOOD FALLS PHASE #5     SECURED             74.76           .00          74.76
ARROW FINANCIAL SERVICES    UNSECURED       NOT FILED           .00            .00
ACCOUNT RECOVERY SERVICE    UNSECURED       NOT FILED           .00            .00
ANDERSON FIN NETWORK        UNSECURED       NOT FILED           .00            .00
BALLYS TOTAL FITNESS        UNSECURED       NOT FILED           .00            .00
BALLYS TOTAL FITNESS        UNSECURED       NOT FILED           .00            .00
CAB SERVICES INC            UNSECURED       NOT FILED           .00            .00
CAVALRY INVESTMENTS LLC     UNSECURED       NOT FILED           .00            .00
COMED                       UNSECURED       NOT FILED           .00            .00
HSBC                        UNSECURED       NOT FILED           .00            .00
MEDICAL COLLECTION SYSTE    UNSECURED       NOT FILED           .00            .00
MERCHANTS CREDIT GUIDE      UNSECURED       NOT FILED           .00            .00
MRSI                        UNSECURED       NOT FILED           .00            .00
WILL COUNTY CIRCUIT CT C    UNSECURED       NOT FILED           .00            .00
         Summary of disbursements:

                            SECURED     PRIORITY    UNSECURED      OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED           74.76         .00          .00          .00         74.76
PRINCIPAL PAID               74.76         .00          .00          .00         74.76
INTEREST PAID                  .00         .00          .00          .00           .00
TOTAL PAID                   74.76         .00          .00          .00         74.76
The Debtor's attorney, LEEDERS & ASSOC LTD           , was allowed $   3000.00
and was paid $    470.00  direct and $    590.42  through the plan.

The Trustee received $      29.82 .
```

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/14/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE










                            PAGE  2
     CASE NO. 07 B 12207 JOSE D VALENTIN